IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CHRISTOPHER DEARMON,

        Plaintiff,

   v.

FERGUSON ENTERPRISES, INC.,

        Defendant.

No. 1:14-cv-1375-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (8th Cir. 1983).

    After reviewing the file, I agree with Magistrate Judge Clarke that Plaintiff's second and third claims must be dismissed

1 - ORDER

with prejudice. Accordingly, I adopt the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#10) is adopted. Defendant's motion to dismiss Plaintiff's second and third claims for failure to state a claim (#5) is granted.

IT IS SO ORDERED.

DATED this 12 day of November, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER